CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XINYAO ZHOU,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | Case No. 5:25-cv-04625 NC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND TO ISSUANCE OF GENERAL ORDER 61; ORDER** |

    The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before September 3, 2025. The parties make this request because Defendants need a brief period of additional time to prepare their response. The parties also request for the Court to issue the immigration mandamus General Order 61 Procedural Order in lieu of the current Initial Case Management Scheduling Order with ADR Deadlines, Dkt. No. 5.

    Plaintiff filed this mandamus action seeking review of agency decision on her Form I-526, Immigrant Petition by Alien Entrepreneur. Dkt No. 1. On June 2, 2025, the Court issued the Initial Case Management Scheduling Order and scheduled an initial case management conference on September 3, 2025. Dkt. No. 3. However, because this action seeks a writ of mandamus regarding immigration benefits filed pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.*, it is appropriate for

Stipulation to Extend
C 5:25-cv-04625 NC                        1

the parties to proceed in the manner prescribed in General Order No. 61 for civil immigration cases. If the Court is not inclined to enter General Order 61 for this case, then the parties request that the Court extend the current case management deadlines to a date after September 3, 2025.

Dated: August 4, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 4, 2025

*/s/ Xinyao Zhou*
XINYAO ZHAO
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 4, 2025

GRANTED
Judge Nathanael M. Cousins

_____
[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 5:25-cv-04625 NC                   2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document:

**Stipulation to Extend Time for Defendants' Response to Plaintiff's Complaint; and [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Xinyao Zhou
Suite 108 1885 Lundy Ave.
San Jose, CA 95131

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  August 4, 2025

                                             */s/ Tiffani Chiu*
                                             TIFFANI CHIU
                                             Paralegal Specialist