CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XINYAO ZHOU,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | Case No. 5:25-cv-04625 NC<br><br>**STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT; ORDER** |

    Plaintiff and Defendants stipulate and respectfully request the Court grant the parties' proposed schedule for the filing of Plaintiff's amended complaint. The parties have conferred and agree to the following schedule:

    1.    Plaintiff will file an amended complaint by August 15, 2025.

    2.    Defendants will file their response to Plaintiff's amended complaint by September 15, 2025.

    The parties respectfully request that the Court adopt the above-proposed schedule for Plaintiff's amended complaint and Defendants' response.

Stipulation to Briefing Schedule
C 5:25-cv-04625 NC                 1

| | |
|---|---|
| Dated: August 12, 2025 | Respectfully submitted,[1] |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: August 12, 2025 | */s/ Xinyao Zhou*<br>XINYAO ZHAO<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 12, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Briefing Schedule
C 5:25-cv-04625 NC                2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document:

**Stipulation to Proposed Schedule for Plaintiff's Amended Complaint; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Xinyao Zhou
Suite 108 1885 Lundy Ave.
San Jose, CA 95131

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 12, 2025

                                         */s/ Tiffani Chiu*
                                         TIFFANI CHIU
                                         Paralegal Specialist