CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XINYAO ZHOU,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*.,<br><br>            Defendants. | Case No. 5:25-cv-04625 NC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT; AND [PROPOSED] ORDER** |

      On August 12, 2025, the Court granted the parties' stipulation for Plaintiff's amended complaint and Defendants' response. *See* Dkt. No. 10. The parties hereby stipulate to a brief extension of time for Defendants' response to Plaintiff's amended complaint. Defendants will file their response on or before September 29, 2025. The parties make this request because Defendants' counsel had to take an unexpected personal leave and, upon her return, will need a brief period of additional time to prepare Defendants' response in this case and attend to pressing litigation matters due in other cases. The parties respectfully request that the Court grant their stipulation.

///

///

Stipulation
C 5:25-cv-04625 NC                 1

| | |
|---|---|
| Dated: September 15, 2025 | Respectfully submitted,[1] |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: September 15, 2025 | */s/ Xinyao Zhou*<br>XINYAO ZHAO<br>*Pro Se* |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 5:25-cv-04625 NC                    2

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On August 12, 2025, the Court granted the parties' stipulation for Plaintiff's amended complaint and Defendants' response. *See* Dkt. No. 10.

3. Although I have been working on Defendants' response, I am unable to complete it due to my need to take an unexpected personal leave today. Once I return to the office, I will work in good faith to prepare and finalize Defendants' response for submission by the requested due date.

4. On September 15, 2025, my office contacted Plaintiff regarding Defendants' request, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 15, 2025

> */s/ Elizabeth D. Kurlan*
> ELIZABETH D. KURLAN
> Assistant United States Attorney