UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINYAO ZHOU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-04625-NC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO STAY CASE**<br><br>Re: ECF 16 |

　　　　The parties submit a stipulation and proposed order requesting to stay the case given the lapse in federal appropriations to the Department of Justice and other Executive Branch agencies until funding is restored. ECF 16. The parties also request "all current deadlines in this case be extended for a period of time commensurate with the duration of the lapse in appropriations." ECF 16 ¶ 4. The Court grants in part and denies in part.

　　　　Based on the current circumstances caused by the lapse in appropriations, the Court finds good cause to grant a temporary stay of the case. However, the Court denies the request to extend all deadlines "by the total number of days of the lapse in appropriations" as unfairly prejudicial to Plaintiff, particularly given they are self-represented. ECF 16 ¶ 4. Defendants may not cherry-pick which matters they would like to litigate following the end of the lapse in funding. Defendants must instead file a status update and proposed order within three days of the end of the lapse in appropriations.

**IT IS SO ORDERED.**

Dated: October 16, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge