CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XINYAO ZHOU, | Case No. 5:25-cv-4625-NC |
| Plaintiff, | **DEFENDANTS' AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | The Honorable Nathanael M. Cousins |
| Defendant. | |

    Defendant United States Citizenship and Immigration Services ("USCIS") hereby file this amended answer to Plaintiff Xinyao Zhou's first amended complaint (Dkt. No. 10), as follows:

**PRELIMINARY STATEMENT[1]**

    1.    Paragraph 1 consists of Plaintiff's characterization of the nature of the action, legal conclusions, and the relief sought, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 1. Defendants further deny that Plaintiff is entitled to the relief sought in Paragraph 1.

    2.    Defendants deny the allegations in Paragraph 2.

---

[1] Defendants have included the headings listed in the complaint solely to assist in reading the pleadings; they do not admit the accuracy or appropriateness of the headings.

DEFENDANTS' AMENDED ANSWER TO AMENDED COMPLAINT
5:25-cv-4625-NC    1

# INTRODUCTION

3.	Paragraph 3 consists of Plaintiff's characterization of the nature of the action, legal conclusions, and the relief sought, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 3. Defendants further deny that Plaintiff is entitled to the relief sought in Paragraph 3.

4.	Paragraph 4 consists of Plaintiff's characterization of the nature of the action and legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 4.

5.	Defendants admit the allegations in Paragraph 5.

6.	Defendants admit the allegations in Paragraph 6.

7.	Defendants admit the allegations in Paragraph 7.

8.	Defendants admit the allegations in Paragraph 8.

9.	Defendants admit the allegations in Paragraph 9.

10.	Paragraph 10 consists of Plaintiff's characterization regarding the decision received, which was issued using the standard process when such decisions are issued. If the Court requires a response, Defendants deny the allegations in Paragraph 10.

11.	Paragraph 11 consists of Plaintiff's legal conclusions regarding exhaustion, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 11.

# JURISDICTION

12.	Paragraph 12 contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 12.

13.	Paragraph 13 contains Plaintiff's legal conclusions, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 13.

14.	Defendants deny the allegations in Paragraph 14.

15. Paragraph 15 consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 15.

**VENUE**

16. Paragraph 26 consists of Plaintiff's legal conclusions regarding venue, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 16.

**PARTIES**

17. Defendants lack sufficient information to admit or deny the allegations in the first sentence of Paragraph 17 and, on that basis, deny the allegations. Defendants deny the remaining allegations in Paragraph 17.

18. Defendants admit the allegations in Paragraph 18.

19. Defendants admit the allegations in Paragraph 19.

20. Defendants admit Pam Bondi is the Attorney General of the United States and that she is sued in her official capacity. Defendants deny the remaining allegations in Paragraph 20.

21. Defendants admit Kristi Noem is the Secretary of the United States Department of Homeland Security and that she is sued in her official capacity. Defendants deny the remaining allegations in Paragraph 21.

22. Defendants aver that Joseph Edlow is the Director of USCIS and that he is sued in his official capacity. Defendants deny the remaining allegations in Paragraph 22.

**STATUTORY AND REGULATORY FRAMEWORK**

23. Paragraph 23 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

24. Paragraph 24 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

25. Paragraph 25 contains Plaintiff's legal conclusions and citation to legal authorities, to

which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

26. Paragraph 26 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

27. Paragraph 27 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

28. Paragraph 28 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

29. Paragraph 29 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

30. Paragraph 30 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

31. Paragraph 31 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

32. Paragraph 32 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 32.

33. Paragraph 33 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

34. Paragraph 34 contains Plaintiff's legal conclusions, to which no response is required.

Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

35. Paragraph 35 contains Plaintiff's legal conclusions, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

## STATEMENT OF FACTS

36. Defendants admit the allegations in Paragraph 36.

37. Defendants admit the allegations in Paragraph 37.

38. Defendants admit that Plaintiff transferred funds to the new commercial enterprise. Defendants deny the remaining allegations in Paragraph 38 consisting of Plaintiff's characterization that such a transfer met the definition of investing the requisite amount under EB-5 eligibility.

39. Defendants admit the allegations in Paragraph 39.

40. Defendants deny the allegations in Paragraph 40 that Plaintiff's response addressed the agency's concerns.

41. Defendants admit the allegations in Paragraph 41.

42. Defendants admit the allegations in Paragraph 42.

43. Defendants admit that Plaintiff timely filed a motion to reopen, which was denied on May 11, 2021. Defendants deny the remaining allegations in Paragraph 43.

44. Defendants admit the allegations in Paragraph 44.

45. Defendants deny in the allegations in Paragraph 45 as Plaintiff's characterization of the Administrative Appeals Office's ("AAO") decision.

46. Defendants admit that a motion to reconsider was filed and subsequently dismissed. Defendants deny the remaining allegations in Paragraph 46 consisting of Plaintiff's characterization of the dismissal.

47. Defendants lack sufficient information to admit or deny the allegations in Paragraph 47 and, on that basis, denies them.

48. Defendants deny the allegations in Paragraph 48.

49. Defendants deny the allegations in Paragraph 49.

50. Defendants deny the allegations in Paragraph 50.

51. Defendants admit the quoted language in Paragraph 51 comes from agency materials but deny Plaintiff's characterization of what such language means.

52. Defendants admit the quoted language in Paragraph 52 comes from agency materials but deny Plaintiff's characterization of what such language means.

53. Defendants admit the allegations in Paragraph 53.

54. Defendants admit the allegations in Paragraph 54.

55. Defendants admit the quoted language in Paragraph 55 comes from agency materials but deny Plaintiff's characterization of what such language means.

56. Defendants deny the allegations in Paragraph 56.

57. Defendants deny the allegations in Paragraph 57.

58. Defendants deny the allegations in Paragraph 58.

59. Defendants deny the allegations in Paragraph 59.

60. Defendants lack sufficient information to admit or deny the allegations in Paragraph 60 and, on that basis, denies them.

61. Defendants admit the allegations in Paragraph 61.

62. Defendants admit the allegations in Paragraph 62.

63. Defendants deny the allegations in Paragraph 63 and further aver that USCIS properly adjudicated Plaintiff's petition.

64. Defendants lack sufficient information to admit or deny the allegations in Paragraph 64 and, on that basis, denies them.

65. Defendants deny the allegations in Paragraph 65.

66. Defendants admit the allegations in Paragraph 66.

67. Defendants deny the allegations in Paragraph 67.

## STANDARD OF REVIEW

68. Paragraph 68 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

69. Paragraph 69 contains Plaintiff's legal conclusions and citation to legal authorities, to which no response is required. Defendants respectfully refer the Court to the cited authorities for a full and accurate statement of their contents and deny any allegations inconsistent with the cited authorities.

70. Paragraph 70 contains Plaintiff's legal conclusions, to which no response is required. Defendants deny any allegations inconsistent with the cited authorities.

71. Defendants deny the allegations in Paragraph 71.

72. Defendants deny the allegations in Paragraph 72.

## CAUSES OF ACTION

## COUNT I

73. In response to Paragraph 73, Defendants hereby incorporate their responses to Paragraphs 1 through 72 as if fully stated herein.

74. Defendants deny the allegations in Paragraph 74.

75. Defendants deny the allegations in Paragraph 75 regarding Plaintiff's implication that the definition of capital invalidates the regulatory requirement to identify funds of non-investors that are invested in the new commercial enterprise.

76. Defendants deny the allegations in Paragraph 76.

77. Paragraph 77 consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 77.

78. Defendants deny the allegations in Paragraph 78.

79. Paragraph 79 consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 79.

80. Paragraph 80 consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 80.

81. Paragraph 81 consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 81.

82. Paragraph 82 consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 82.

83. Defendants deny the allegations in Paragraph 83.

1  84. Defendants deny the allegations in Paragraph 84.

2  85. Defendants deny the allegations in Paragraph 85.

3  The remaining paragraph beginning with WHEREFORE constitutes Plaintiff's prayer for relief, to which no response is required. To the extent any further response is required, Defendants deny that Plaintiff is entitled to the requested relief.

## COUNT II

86. In response to Paragraph 86, Defendants hereby incorporate their responses to Paragraphs 1 through 85 as if fully stated herein.

87. Defendants deny the allegations in Paragraph 87.

88. Defendants deny the allegations in Paragraph 88.

89. Defendants deny the allegations in Paragraph 89.

90. Defendants deny the allegations in Paragraph 90.

91. Paragraph 91 consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 91.

92. Defendants deny the allegations in Paragraph 92.

93. Defendants deny the allegations in Paragraph 93.

The remaining paragraph beginning with WHEREFORE constitutes Plaintiff's prayer for relief, to which no response is required. To the extent any further response is required, Defendants deny that Plaintiff is entitled to the requested relief.

## COUNT III

94. In response to Paragraph 94, Defendants hereby incorporate their responses to Paragraphs 1 through 93 as if fully stated herein.

95. Defendants admit the allegations in Paragraph 95.

96. Defendants deny the allegations in Paragraph 96.

97. Defendants deny the allegations in Paragraph 97.

98. Paragraph 98 consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 98.

99. Defendants deny the allegations in Paragraph 99.

The remaining paragraph beginning with WHEREFORE constitutes Plaintiff's prayer for relief, to which no response is required. To the extent any further response is required, Defendants deny that Plaintiff is entitled to the requested relief.

### COUNT IV

100. In response to Paragraph 100, Defendants hereby incorporate their responses to Paragraphs 1 through 99 as if fully stated herein.

101. Paragraph 101 consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in Paragraph 101.

102. Defendants deny the allegations in Paragraph 102.

103. Defendants deny the allegations in Paragraph 103.

104. Defendants deny the allegations in Paragraph 104.

105. Defendants deny the allegations in Paragraph 105.

The remaining paragraph beginning with WHEREFORE constitutes Plaintiff's prayer for relief, to which no response is required. To the extent any further response is required, Defendants deny that Plaintiff is entitled to the requested relief.

### COUNT V

106. In response to Paragraph 106, Defendants hereby incorporate their responses to Paragraphs 1 through 105 as if fully stated herein.

107. Defendants deny the allegations in Paragraph 107.

108. Defendants lack sufficient information to admit or deny the allegations in Paragraph 108 and, on that basis, denies them.

109. Defendants deny the allegations in Paragraph 109 because the petition was properly adjudicated.

110. Defendants deny the allegations in Paragraph 110.

111. Defendants deny the allegations in Paragraph 111.

112. Defendants deny the allegations in Paragraph 112.

113. Defendants deny the allegations in Paragraph 113.

The remaining paragraph beginning with WHEREFORE constitutes Plaintiff's prayer for relief,

to which no response is required. To the extent any further response is required, Defendants deny that Plaintiff is entitled to the requested relief.

**PRAYER FOR RELIEF**

The remaining paragraphs following "WHEREFORE" constitute Plaintiff's prayer for relief, to which no response is required. To the extent any further response is required, Defendants deny that Plaintiff is entitled to the relief sought in Plaintiff's Prayer for Relief, including subparagraphs (1) through (10), or to any relief whatsoever.

Defendant denies each allegation not previously admitted or otherwise qualified. Defendant denies that Plaintiff is entitled to any relief whatsoever.

**DEFENDANTS' REQUEST FOR RELIEF**

WHEREFORE, Defendants requests that:

1. Plaintiff takes nothing by the amended complaint;
2. The amended complaint be dismissed with prejudice;
3. Judgment be entered in favor of Defendants; and
4. The Court award such other and further relief, as it may deem proper.

DATED: December 12, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Defendants