Xinyao Zhou
1885 Lundy Ave.
Suite 108
San Jose, CA 95131
Plaintiff, in Pro Per

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| XINYAO ZHOU<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>  Defendants. | Case No.: 5:25-cv-04625 NC<br><br>**STIPULATION TO EXTEND DEADLINES FOR SUMMARY JUDGMENT BRIEFING PENDING COMPLETION OF ADMINISTRATIVE RECORD SUPPLEMENTATION; AND ORDER** |

The parties hereby stipulate to extend the deadlines for summary judgment briefing to allow for completion of administrative record supplementation. The parties respectfully request that the Court grant this stipulation for the following reasons:

On November 14, 2025, the Court approved the parties' stipulated briefing schedule, setting Plaintiff's motion for summary judgment deadline for January 26, 2026. Dkt. No. 19. On December 12, 2025, Defendants served the Certified Administrative Record.

On December 15, 2025, Plaintiff requested limited supplementation of the administrative record in four categories: (1) comparative adjudication materials for EB-5 petitions of investors in Hotel Winters, LLC (Priyank Barchkaniwala and Dinghua Peng) and Hotel Winters Restaurant Event Center, LLC (Rongdian Zhu, Linyang Sun, and Yumin Li); (2) materials showing third-party fund-tracing requirements applied to those petitions; (3) internal policy or

guidance documents addressing when EB-5 petitioners must document source of funds for non-petitioning investors; and (4) aggregate program-level data on such requirements.

On December 23, 2025, Defendants agreed to supplement the record with the Barchkaniwala Request for Evidence and the Peng Notice of Intent to Deny, I-526 denial, and AAO decision, and to conduct a reasonable search for internal guidance documents. Defendants declined to provide materials related to Hotel Winters Restaurant Event Center, LLC or aggregate data. Plaintiff requested Defendants reconsider their position and provide additional materials including Barchkaniwala's RFE response and approval notice, any Peng RFEs preceding the NOID, and comparative materials for the three Hotel Winters Restaurant Event Center, LLC investors.

The parties have scheduled a meet-and-confer phone call for January 15, 2026, to discuss outstanding supplementation issues. Depending on the outcome of that discussion, Plaintiff may file a motion to supplement the administrative record. To allow briefing on a complete record, the parties agree to the following modified schedule:

1. **Plaintiff's Motion for Summary Judgment Deadline**: 30 days after Defendants serve the final set of supplemental administrative record materials, whether provided by agreement between the parties or pursuant to court order following resolution of any motion to supplement the record. If supplemental materials are provided in multiple productions, the 30-day period shall begin on the date the last set of materials is served.

2. **Defendants' Cross-Motion and Opposition**: 30 days after Plaintiff files her motion for summary judgment.

3. **Plaintiff's Reply and Opposition**: 14 days after Defendants file their cross-motion and opposition.

4. **Defendants' Reply**: 14 days after Plaintiff files her reply and opposition.

5. **Hearing**: The currently scheduled hearing date of April 22, 2026, is vacated. The parties will notice their cross-motions for hearing at a date to be determined after briefing is complete.

The parties respectfully request that the Court grant this stipulation.

Dated: January 12, 2026

Respectfully submitted,

/s/ Xinyao Zhou
XINYAO ZHOU
Plaintiff in Pro Per

Dated: January 12, 2026

/s/ Kelsey Helland
Kelsey Helland
Assistant United States Attorney
Attorneys for Defendants

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 12, 2026

NATHANAEL M. COUSINS
United States Magistrate Judge