Xinyao Zhou
1885 Lundy Ave.
Suite 108
San Jose, CA 95131
Plaintiff, in Pro Per

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| XINYAO ZHOU<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND<br><br>IMMIGRATION SERVICES, et al.,<br><br>        Defendants. | **Case No.: 5:25-cv-04625 NC**<br><br>**PARTIES' JOINT REQUEST TO TAKE APRIL 29, 2026 HEARING DATE OFF CALENDAR AND FOR THE COURT TO RULE ON THE PAPERS WITHOUT ORAL ARGUMENT**<br><br>*Re: ECF Nos. 28, 29*<br><br><br>**Judge:** Magistrate Judge Nathanael Cousins |

Plaintiff Xinyao Zhou, proceeding *pro se*, and Defendants United States Citizenship and Immigration Services, et al., by and through their counsel of record, jointly and respectfully request that the Court: (1) take the April 29, 2026 hearing date off calendar; and (2) in its discretion, rule on the parties' cross-motions for summary judgment on the papers without oral argument, pursuant to Civil Local Rule 7-1(b). The grounds for this request are as follows.

**I.  REQUEST TO TAKE APRIL 29, 2026 HEARING DATE OFF CALENDAR**

When Plaintiff filed her Motion for Summary Judgment (ECF No. 28) on February 27, 2026, the Court's electronic filing system prompted her to select a hearing date. Plaintiff inadvertently selected April 29, 2026, without recognizing that this date falls only two days after Defendants' reply deadline of April 27, 2026. The April 29 date is inconsistent with the parties'

1
**PARTIES' JOINT REQUEST TO TAKE APRIL 29, 2026 HEARING DATE OFF CALENDAR AND FOR THE COURT TO RULE ON THE PAPERS WITHOUT ORAL ARGUMENT**

Stipulated Briefing Schedule (ECF No. 24, at 2), which contemplated that any hearing would be set following the completion of briefing. Moreover, a hearing two days after Defendants' reply deadline would not afford the Court sufficient time to review the completed papers.

The parties have conferred and agree that the April 29, 2026 hearing date was inadvertently noticed and should be removed from the Court's calendar. The parties therefore jointly and respectfully request that the Court take that date off calendar.

## II. REQUEST FOR THE COURT TO RULE ON THE PAPERS WITHOUT ORAL ARGUMENT

The parties further jointly and respectfully request, pursuant to Civil Local Rule 7-1(b), that the Court rule on the pending cross-motions for summary judgment (ECF Nos. 28, 29) on the papers, without oral argument, at the Court's convenience following the completion of briefing.

The parties respectfully submit that oral argument is unlikely to aid the Court's resolution of these motions. This case presents a pure question of regulatory interpretation — specifically, whether 8 C.F.R. § 204.6(g)(1) authorizes USCIS to require an EB-5 petitioner to document the lawful source of funds invested by non-petitioning co-investors in the same new commercial enterprise. The cross-motions are based entirely on the Certified Administrative Record and present no disputed issues of material fact that would benefit from live argument. The parties' legal arguments are fully set forth in the briefing.

The Court retains full discretion over its calendar and whether to hold oral argument. Should the Court determine that argument would be helpful, the parties remain available to appear at any date and time convenient to the Court following the completion of briefing on April 27, 2026.

## III. CONCLUSION

For the foregoing reasons, the parties jointly and respectfully request that the Court: (1) take the April 29, 2026 hearing date off calendar; and (2) exercise its discretion under Civil

PARTIES' JOINT REQUEST TO TAKE APRIL 29, 2026 HEARING DATE OFF CALENDAR AND FOR THE COURT TO RULE ON THE PAPERS WITHOUT ORAL ARGUMENT

Local Rule 7-1(b) to rule on the cross-motions for summary judgment on the papers without oral argument, at the Court's convenience.

Dated: April 15, 2026

Respectfully submitted,

_____/s/ Xinyao Zhou_____

XINYAO ZHOU

*Pro Se Plaintiff*

/s/ Kelsey Helland

Kelsey Helland

Assistant United States Attorney

Attorneys for Defendants

**PARTIES' JOINT REQUEST TO TAKE APRIL 29, 2026 HEARING DATE OFF CALENDAR AND FOR THE COURT TO RULE ON THE PAPERS WITHOUT ORAL ARGUMENT**