United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XINYAO ZHOU,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, and others,

Defendants.

Case No. 25-cv-04625-NC

**ORDER EXTENDING TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND SEALED PORTIONS**

Re: ECF 38

On May 5, 2026, the Court granted Plaintiff's motion to seal. ECF 38. By May 19, 2026, the Court ordered Plaintiff to file CAR pages eight through nineteen, 247 through 1274, and 1281 through 1343 under seal, and Defendant to refile the CAR and Supplemental CAR with slipsheets replacing those sealed pages. *Id.* at 2. The parties failed to do so. This Order extends the time for the parties to file the above to June 4, 2026.

**IT IS SO ORDERED.**

Dated: May 21, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge